IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------
CODY BROWN, *individually and*        :
*on behalf of all others similarly situated*   :
                                       :   CIVIL ACTION NO.: 22-cv-01097-KSM
          Plaintiff,                   :
                                       :
     v.                                :
                                       :
KADENCE INTERNATIONAL, INC.            :
                                       :
          Defendant.                   :
---------------------------------------------------------

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER
CERTIFYING THIS CASE AS A COLLECTIVE ACTION FOR SETTLEMENT
PURPOSES, APPROVING THE SETTLEMENT AGREEMENT, GRANTING SERVICE
AWARD, AND AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES**

The Named Plaintiff, Cody Brown ("Plaintiff"), individually and on behalf of the six (6) Opt-In Plaintiffs ("Opt-In Plaintiffs") he currently represents (collectively with Plaintiff, "Settlement Class Members"), by and through his undersigned counsel of record ("Plaintiff's Counsel" or "Class Counsel"), hereby moves before this Honorable Court for an Order:

1. Approving the Joint Stipulation of Settlement and Release entered into between Plaintiff and Defendant Kadence International, Inc. ("Defendant");

2. Granting a Service Award to the Plaintiff;

3. Awarding attorneys' fees in the amount of $77,000; and

4. Reimbursing Plaintiff's Counsel for litigation expenses totaling $532.00.[1]

---

[1] In addition to the $4,300 Defendant has agreed to pay to Plaintiff's counsel, above and beyond the Settlement Amount, for mediation costs already incurred.

Plaintiff's arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

                                                                         Respectfully submitted,

                                                                          **MURPHY LAW GROUP, LLC**

                                            By:    /s/ Michael Groh
                                                                    Michael Murphy, Esq.
                                                                    Michael Groh, Esq.
                                                                    Eight Penn Center, Suite 2000
                                                                    1628 John F. Kennedy Blvd.
                                                                    Philadelphia, PA 19103
                                                                    TEL: 267-273-1054
                                                                    FAX: 215-525-0210
                                                                    murphy@phillyemploymentlawyer.com
                                                                    mgroh@phillyemploymentlawyer.com
                                                                    Attorneys for Plaintiff

Dated: February 3, 2023

## **CERTIFICATE OF SERVICE**

I, Michael Groh, Esquire, hereby certify that on February 3, 2023, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

Alexander Nemiroff, Esq.
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
267-602-2040
anemiroff@grsm.com
Attorney for Defendant

Travis K. Jang-Busby, Esq.
12544 High Bluff Drive
Suite 400
San Diego, CA 92130
858-480-8220
Travis.Jang-Busby@procopio.com
Attorney for Defendant

/s/ Michael Groh
Michael Groh, Esq.

Dated: February 3, 2023