IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CODY BROWN**, *individually and behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**KADENCE INTERNATIONAL, INC.,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 22-1097-KSM |

# ORDER

**AND NOW**, this 23rd day of March, 2023, upon consideration of Plaintiff's "Unopposed Motion for an Order Certifying the Case as a Collective Action for Settlement Purposes Only, Approving the Settlement Agreement, Granting a Service Award, and Awarding Attorneys' Fees and Reimbursement of Expenses" (Doc. No. 23), and following a hearing on March 6, 2023, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED IN PART** as follows:

1. The Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

2. The Court awards $2,500 as an incentive award to Cody Brown for his service as Named Plaintiff.

3. Plaintiffs' counsel's request for attorneys' fees is **UNDER ADVISEMENT**. Plaintiffs' counsel shall file the redacted facsimiles of the negotiated checks with the Court after

the initial 75-day redemption period, at which point Plaintiffs' counsel may then supplement any arguments in support of the requested fee amount.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.