IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CODY BROWN**, *individually and behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**KADENCE INTERNATIONAL, INC.**,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 22-1097-KSM |

## ORDER

**AND NOW**, this 15th day of September 2023, upon consideration of Plaintiffs' "Unopposed Motion for an Order Certifying the Case as a Collective Action for Settlement Purposes Only, Approving the Settlement Agreement, Granting a Service Award, and Awarding Attorneys' Fees and Reimbursement of Expenses" (Doc. No. 23), Plaintiffs' counsel's renewed request for attorneys' fees and costs (Doc. No. 29), and the Court's March 23, 2023 Order approving the settlement agreement as fair and reasonable, granting the service award, but holding Plaintiffs' counsel's request for fees and costs under advisement (Doc. No. 28), it is hereby **ORDERED** as follows:

   1.   The Court approves the payment to class counsel of $77,532.00 to cover attorneys' fees and costs incurred in the prosecution of this action, which the Court finds are fair and reasonable based on the Court's independent analysis and consideration of the factors set forth in *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190 (3d. Cir. 2000).

   2.   This matter is **DISMISSED WITH PREJUDICE**. The Court will maintain jurisdiction over the enforcement of the settlement.

**IT IS SO ORDERED.**

<u>*/s/ Karen Spencer Marston*</u>

KAREN SPENCER MARSTON, J.